DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN ANGUS WRIGHT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2334

[December 9, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Judge; L.T. Case No. 431986CF000919A.

John Angus Wright, Raiford, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and LEVINE, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***